Ethel Feinberg v. Morris Feinberg.— Motion for leave to appeal to the Court of Appeals denied. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Violet L. Bell and Walter Bell v. Greater New York Taxpayers Mutual Insurance Association.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [See ante, p. 881.]

Morris Cohen, as Administrator, etc., of Bessie Cohen, v. General Accident Fire and Life Assurance Corporation, Ltd., of Perth, Scotland.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Brainerd Avery and The New York Trust Company, as Successor Trustees, etc., v. Brainerd Avery and The New York Trust Company, as Surviving Executors, etc., Impleaded with George Thompson, as Administrator, etc., of Charles Wellington Crosby, Deceased, and Mary E. Thompson, and Walter Scott Free Industrial School for Crippled Children, Inc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

Cinema Corporation of America v. Cecil B. DeMille, Impleaded with Konrad Bercovici.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Herman Herzog v. Abraham Stern and Others, as Executors, etc., of David Stern, Deceased.— Motion for leave to appeal to the Court of Appeals and for an extension of time to answer questions certified granted. Motion for a reargument denied. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [See ante, p. 881.]

Otto Munk v. Packard Westchester Co., Inc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.